# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 1, 2013

### NO. 03-12-00401-CV

**John Rady, Appellant**

**v.**

**Bridge Investments, L.P., Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal:  **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution.  It is **FURTHER** ordered that it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.